In the Matter of the Claim of ROSETTA COPELAND, Respondent, against THE FOUNDATION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD,

† Revd., 256 N. Y. 33.

Respondent.*— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hinman, J., dissents and votes for reversal and dismissal of the claim on the authority of *Matter of Cameron v. Ellis Construction Co.* (252 N. Y. 394).